## LACY v. STATE. (No. 5511.)

(Court of Criminal Appeals of Texas. Oct. 29, 1919.)

CRIMINAL LAW ⊚⟞1121(1)—SUFFICIENCY OF EVIDENCE NOT REVIEWABLE WHEN NOT SHOWN BY RECORD.

Where the testimony did not accompany the record, and the only question presented for review was the insufficiency of the evidence to constitute, under the law, the offense of murder of which defendant was convicted, the question cannot be reviewed.

Appeal from District Court, Kaufman County; Joel R. Bond, Judge.

Neil Lacy was convicted of murder, and appeals. Affirmed.

See, also, 204 S. W. 433.

C. M. Cureton, Atty. Gen., and W. J. Townsend, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. From a conviction of murder and an assessed punishment of seven years, appellant prosecutes this appeal.

The only question presented for revision is the insufficiency of the evidence to constitute the offense under the law. Inasmuch as the testimony does not accompany the record and is not before the court, this question cannot be reviewed or revised. As the case presents itself, the judgment will be affirmed.